sam:USAO 2007R00522

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 NOV 20  A 11: 57

CLERK'S OFFICE
AT BALTIMORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. AMD-08-0542 |
| | : (Money Laundering, 18 U.S.C. |
| ADRIANA DELCID, | : §1956(a)(1)(A)(i); Aiding and |
| | : Abetting, 18 U.S.C. §2)). |
| Defendant. | : |

...oOo...

## INFORMATION

The United States Attorney for the District of Maryland charges that:

From in or about January 2006 continuing through in or about May 2008, in the District of Maryland and elsewhere, the defendant,

**ADRIANA DELCID**

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit: depositing more than $200,000 into her Suntrust and Wauchula State Bank accounts, which involved the proceeds of a specified unlawful activity, that is knowingly transporting any individual in interstate commerce with the intent that such individual engage in prostitution, in violation of 18 U.S.C. § 2421, with the intent to promote the carrying on of specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

18 U.S.C. §§1956(a)(1)(A)(i) and 2.

11/19/08
Date

Rod J. Rosenstein
United States Attorney