IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. AMD-08cr0542 |
| ADRIANA DELCID | * | |

*******

## WAIVER OF INDICTMENT

I, Adriana Delcid, the above named defendant, understand that I am charged by way of a Criminal Information for Money Laundering, 18 U.S.C. §1956(a)(1)(A)(i), having been fully advised of my rights to be indicted by a grand jury, I hereby waive in open court on December 9, 2008, prosecution by grand jury indictment and consent that the case against me proceed by information rather than by indictment.

_Adriana delcid_
Adriana Delcid, Defendant

_Lesley Whitcomb Fierst_
Lesley Whitcomb Fierst
Counsel for Defendant

Judicial Officer Before:

_____
ANDRE M. DAVIS
United States District Judge